United States District Court
Northern District of California

United States District Court
Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-08-00356-DLJ (KAW) |
| Plaintiff, | ORDER MODIFYING CONDITIONS OF RELEASE |
| v. | |
| LARRY DARNELL FLUKER, JR., | |
| Defendant. | |

On November 7, 2012, Defendant Larry Darnell Fluker was riding in a car in Oakland, California that was pulled over. Defendant and the other occupants, one of whom was a felon, were detained by Oakland police. While Defendant was temporarily detained, he was released without being cited. On November 20, 2012, a warrant was issued for Defendant's arrest for violating term of his supervised release based on associating with a felon without the permission of his probation officer, for failure to notify his probation officer within 72 hours of arrest or questioning by law enforcement, and for leaving the Eastern District of California (where he was being supervised) without permission. On December 27, 2012, Defendant Larry Darnell Fluker was arrested for violating those terms of supervised release.

On January 17, 2013, the Court held a detention hearing on his Form 12. Defendant was present, in custody, and represented by counsel Winston Chan. The Government was represented by Assistant United States Attorney James Mann. U.S. Probation Officer Richard Brown was also present.

During the hearing, the parties agreed that Defendant should be release pending the disposition on his pending Form 12. Accordingly, the Court modifies the conditions of Defendant's supervised release by adding the following special conditions:

1

1. Defendant shall consent to be monitored by Radio Frequency (RF), and shall abide by all of the requirements established by the probation office related to the use of this location monitoring technology. The participant shall pay all or part of the cost of participation in the location monitoring program, based on his ability to pay as directed by the probation officer.

2. Defendant shall be restricted to his residence at all times except for employment; education; religious services; medical, substance abuse or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the probation officer.

IT IS SO ORDERED.

DATED: January 17, 2013

KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE